UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                                 Case No. 12-C-221

2008 HAULMARK MOTORHOME
VIN #1FVHCRCK78DZ44088, et al.,

    Defendants.

**ORDER DENYING MOTION TO PROCEED WITHOUT
PREPAYMENT OF FEES OR COSTS**

    Claimant in the above matter seeks to appeal the Court's order denying his motion to dismiss the action on grounds of res judicata or claim preclusion and also the decision to stay the matter to allow an underlying criminal case to proceed. In his affidavit in support of his petition to proceed *in forma pauperis*, claimant indicates that he does have cash or checking, savings and other similar accounts. He does not state the total amount of such sums, instead leaving blank the place where the answer is to be inserted. Absent information as to the amount, if any, of the cash claimant holds, or the amounts in his various accounts, the Court is unable to determine whether he is truly indigent or not. Under these circumstances, the motion to proceed *in forma pauperis* is denied, but without prejudice. If claimant wishes the Court to reconsider, he should file an amended affidavit of indigency that fully answers the questions necessary for the Court's determination.

    **SO ORDERED** this   16th   day of October, 2012.

                                                                       s/ William C. Griesbach
                                                                      William C. Griesbach
                                                                        United States District Judge